# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| JEFFREY CURTIS GHOLSON, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:19-cv-12 |
| v. | * | |
| | * | |
| WARDEN LINDA GETER, | * | |
| | * | |
| Respondent. | * | |

### O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 15. Petitioner Jeffrey Gholson ("Gholson") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DENIES** Gholson's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Gholson *in forma pauperis*

status on appeal.

     **SO ORDERED**, this ___6___ day of ___December___, 2021.

                              _____
                              HON. LISA GODBEY WOOD, JUDGE
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)